## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS, | ) |
|       Plaintiff, | ) ) ) ) Case No. 1:22-cv-01972-FB-VMS |
| v. | ) ) |
| SOUTH JERSEY INDUSTRIES, INC., JOSEPH M. RIGBY, MICHAEL J. RENNA, SARAH M. BARPOULIS, VICTOR A. FORTKIEWICZ, SHEILA HARTNETT-DEVLIN, G. EDISON HOLLAND, SUNITA HOLZER, KEVIN O'DOWD, CHRISTOPHER PALADINO, and FRANK L. SIMS, | ) ) ) ) ) ) ) ) ) ) |
|       Defendants. | ) |

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 13, 2022                                       **RIGRODSKY LAW, P.A.**

                                                          By:   */s/ Gina M. Serra*
                                                                 Gina M. Serra
                                                                 825 East Gate Boulevard, Suite 300
                                                                  Garden City, NY 11530
                                                                  (516) 683-3516
                                                                  gms@rl-legal.com

                                                                 *Attorneys for Plaintiff*